FILED

10/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0467

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## CASE NO. DA 22-0467

TESSA ZOLINKOV, et al.,

                        Plaintiff/Appellant,

vs.

NATIONAL BOARD OF MEDIACAL EXAMINERS

                        Defendant/Appellant.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S ANSWER BRIEF

Upon motion of the Defendant/Appellant through their counsel, Plaintiff/Appellant having no objection thereto, and pursuant to Rule 26(1), Mont. R. App. P.:

IT IS HEREBY ORDERED that the Defendant/Appellant is granted an additional 30-day extension until December 2, 2022, in which to prepare, file, and serve their answer brief.

DATED this _____ day of October, 2022

                                      _____
                                      CHIEF JUSTICE

cc:    Robert Farris-Olsen
       Mark D. Parker

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 12 2022